CAUSE NO. 534058

30,053-03

EX PARTE

ANTONIO DUDLEY
#567960

§ IN THE TEXAS COURT
§
§ OF CRIMINAL APPEALS
§
§ AUSTIN, TEXAS

MOTION FOR LEAVE TO ████████ VOLUNTARILY DISMISS APPLICANT'S 11.07 HABEAS CORPUS APPLICATION

TO THE HONORABLE JUDGES OF THE COURT:

COMES NOW, THE APPLICANT ANTONIO DUDLEY AND FILES THIS MOTION FOR LEAVE TO VOLUNTARILY DISMISS HIS 11.07 HABEAS CORPUS APPLICATION. IN SUPPORT THE APPLICATE WILL SHOW AS FOLLOWS:

I.

THE APPLICANT INSTANT HABEAS APPLICATION, CAUSE NUMBER 534058-C, FILED ON DECEMBER 3, 2014 IN THE 208th DISTRICT COURT OF HARRIS COUNTY, TEXAS. IN REGARDS TO RESPONDENT'S PROPOSED FINDINGS OF FACT AND ORDER JANUARY 28, 2015 CONCLUSIONS OF LAW (IF ANY), IT HAS BEEN BROUGHT TO THE ATTENTION OF THE APPLICANT THAT HIS 11.07 HABEAS APPLICATION TO THE COURT WAS improperly dRAfted, AND DOES NOT MEET THE CURRENT foRm APPLICATION PRESCRIBED by THE COURT OF CRIMINAL TO SUBMIT HIS GROUNDS FOR Relief (Rule 73).

II.

Therefore, THE APPLICANT SEEK TO HAVE THIS HONORABLE COURT TO dISMISS HIS INSTANT 11.07 HABEAS APPLICATION WithOUT PREJUDICE.

MOTION DISMISSED
DATE: 3-11-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

PAGE - 1

## PRAYER

WHEREFORE, APPLICANT PRAYS THAT THE HONORABLE COURT GRANT HIS MOTION FOR LEAVE TO VOLUNTARILY DISMISS HIS 11.07 HABEAS APPLICATION IN ORDER THAT HE MAY file APPROPRIATELY TO MEET THE REQUIREMENT by THE TEXAS COURT OF CRIMINAL APPEALS.

Respectfully SUBMITTED,

*Antonio Dudley*

## CERTIFICATE OF SERVICE

I, ANTONIO DUDLEY CERTIFY THAT A COPY OF APPLICANT'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS HIS 11.07 HABEAS APPLICATION WAS MAIL TO ABEL ACOSTA, CLERK OF THE COURT OF CRIMINAL APPEALS OF TEXAS ON THIS 4th DAY OF FEBUARY 2015

PLEASE RESPOND TO THE FOLLOWING ADDRESS BELOW / UPON REPLY:

APPLICANT:

*Antonio Dudley*
#567960
107 ROMALLEN DR
PALESTINE, TEXAS 75801